UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR04-89-01S** **June 23, 2005**

**TITLE: USA V. JOSHUA PERRY**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 2:05 p.m. - 3:15 p.m.**

---

**COUNSEL PRESENT:** **Government - Stephen Dambruch, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**
**Probation - Dennis Jenkins**

**RE: Sentencing**

**Proceedings - All counsel of record present; Defendant present; Arguments heard as to the Defendant's objections to the PSR; Status conference set for Thursday, July 14, 2005 at 9:30 a.m.**