**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

---

**CASE NUMBER: CR04-89S** **September 16, 2005**

**TITLE: USA V. JOSHUA PERRY**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 2:33 p.m. - 3:20 p.m,.**

---

**COUNSEL PRESENT:** **Government - Stephen Dambruch, Esquire**
**Defendant - Kevin J. Fitzgerald, Esquire**
**Probation - Dennis Jenkins**

**RE: Sentencing**

**Proceedings: All counsel of record present; Defendant present; Arguments heard as to the Deft's objections to the PSR; Court denies the deft's objections to the PSR; Court accepts the findings in the PSR; Count I is vacated; Government recommends a sentence of 200 months; Defense counsel asked the Court to impose a sentence of 10 years; Defendant addresses his statements to the Court; Court imposes a sentence of 10 years as to Count II; 8 years S/R; Special Conditions: 1. The defendant shall participate in a substance/mental health treatment program approved by the U.S. Probation Office which program may include testing (up to 72 tests per year); $100.00 S/A; The court advises the defendant of his rights to file an appeal; Defendant remanded into custody.**