**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 04-89S** |
| | ) | |
| **JOSHUA PERRY** | ) | |

---

**NOTICE OF APPEAL**

NOW COMES the defendant, Joshua Perry, and notices his appeal to the United States Court of Appeals for the First Circuit of his sentence imposed on September 16, 2005, and his conviction after trial on January 13, 2005.

Respectfully submitted
Joshua Perry
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of this notice to be delivered to Stephen G. Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on the 22nd day of September, 2005.