**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 04-89-S |
| | ) | |
| JOSHUA PERRY | ) | |

**UNITED STATES'**
**NOTICE OF APPEAL**

The United States of America hereby appeals the sentence imposed by this Court on September 16, 2005, reflected in an amended judgment that was entered on the docket on September 22, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of October, 2005, a copy of the foregoing Notice of Appeal was sent via first class mail, postage prepaid to:

Kevin J. Fitzgerald, Esq.
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903