UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

January 26, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Joshua Perry
CR04-89S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Doreen Baldinelli
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Transcripts dated November 16, 17, 2004;

Transcripts dated January 10, 11, and 12, 2005 (Doc #20).

121