USDC / RI
04-00089
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

No.05-2441

UNITED STATES

Appellee

v.

JOSHUA J. PERRY

Defendant - Appellant

No. 05-2634

UNITED STATES

Appellant

v.

JOSHUA J. PERRY

Defendant - Appellee

**JUDGMENT**

**Entered: February 2, 2006**

Upon consideration of joint motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER
By_____________________
Appeals Attorney

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/2/6

[cc: Kevin Fitzgerald, AFPD, Stephen Dambruch, AUSA, Donald Lockhart, AUSA]