USA
Plaintiff

VS: CR04-89S

Joshua Perry
Defendant

# EXHIBIT RECEIPT

Exhibit # 1 (Sentencing exhibit), Exhibit # 1 - 21, Crack Cocaine (Trial exhibits), and Exhibit # 1, 2 (Motion to Suppress)

DET. PAUL E. SYLVESTRE
~~Attorney~~ Det. Paul E Sylvestre
PAWTUCKET Police Dept.

Doreen Baldinelli
Deputy clerk

123