USA
Plaintiff

VS: CR04-89S

Joshua Perry
Defendant

# EXHIBIT RECEIPT

Exhibit # A and B (Motion to Suppress), Exhibit A - H (Trial exhibits)

~~Attorney~~

Deputy clerk